IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-41-H-2
No. 2:12-CV-41-H

AHMAD DARNELL MORRIS,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to alter judgment [D.E. #167], filed May 28, 2015, in which petitioner moves the court to reconsider its judgment, entered April 17, 2015, dismissing his 28 U.S.C. § 2255 motion. This matter is now ripe for adjudication.

Courts have generally recognized three grounds for altering or amending judgments. See Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Specifically, courts will alter or amend "an earlier judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Id.

The court has carefully reviewed petitioner's motion for reconsideration, as well as the record in this matter, and finds

no reason to alter or amend its judgment. Therefore, petitioner's motion to alter judgment [D.E. #167] is DENIED.

This 12TH day of June 2015.

*Malcolm Howard*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34