# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> AHMAD DARNELL MORRIS <br><br> Date of Original Judgment: July 6, 2011 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No: 2:10-CR-41-2H <br> ) USM No: 54775-056 <br> ) <br> ) Laura Wasco <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 220 months **is reduced to** 197 months on Count 5.
Count 1 remains 60 months, concurrent, and Count 2 remains 120 months, concurrent.


If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*


Except as otherwise provided, all provisions of the judgment(s) dated July 6, 2011
shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/22/16                          /s/ Malcolm J. Howard
                                             *Judge's signature*

Effective Date: November 1, 2015             Malcolm J. Howard, Senior U.S. District Judge
              *(if different from order date)*         *Printed name and title*