UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Darnell Morris**                                      **Docket No. 2:10-CR-41-2H**

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Darnell Morris, who, upon an earlier plea of guilty to Conspiracy to Engage in Unlicensed Firearms Dealing in violation of 18 U.S.C. § 371; Possession of a Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924; and Distribution of a Quantity of Cocaine Base (Crack) Within 1,000 Feet of a School or Playground in violation of 21 U.S.C. §§ 841(a)(1) and 860, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 6, 2011, to the custody of the Bureau of Prisons for a term of 220 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years.

On March 22, 2016, the defendant's term of imprisonment was reduced to 197 months pursuant to 18 U.S.C. § 3582(c)(2). On May 21, 2020, the term of imprisonment was reduced to 127 months pursuant to 18 U.S.C. § 3582(c)(1)(B).

Ahmad Darnell Morris was released from custody on May 29, 2020, at which time the term of supervised release commenced.

On July 10, 2020, a Violation Report was submitted after the defendant tested positive for cocaine and marijuana use. On October 27, 2020, a Violation Report was submitted because the defendant tested positive for marijuana use.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 3, 2020, the defendant submitted a urine sample which yielded positive for marijuana. Morris readily admitted verbally and in writing that he consumed an edible marijuana product on November 26, 2020. The undersigned officer addressed the matter with Cognitive Behavioral Intervention and a plan to increase substance abuse treatment. It is respectfully recommended that the conditions of supervision be modified to add a curfew with location monitoring for a period not to exceed 90 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: December 7, 2020

## ORDER OF THE COURT

Considered and ordered this 8th day of Dec, 2020, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge