UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Darnell Morris**     **Docket No. 2:10-CR-41-2H**

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Darnell Morris, who, upon an earlier plea of guilty to Conspiracy to Engage in Unlicensed Firearms Dealing in violation of 18 U.S.C. § 371; Possession of a Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924; and Distribution of a Quantity of Cocaine Base (Crack) Within 1,000 Feet of a School or Playground in violation of 21 U.S.C. §§ 841(a)(1) and 860 , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 6, 2011, to the custody of the Bureau of Prisons for a term of 220 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years.

On March 22, 2016, the defendant's term of imprisonment was reduced to 197 months pursuant to 18 U.S.C. § 3582(c)(2). On May 21, 2020, the term of imprisonment was reduced to 127 months pursuant to 18 U.S.C. § 3582(c)(1)(B).

Ahmad Darnell Morris was released from custody on May 29, 2020, at which time the term of supervised release commenced.

On July 10, 2020, a Violation Report was submitted after the defendant tested positive for cocaine and marijuana use. On October 27, 2020, a Violation Report was submitted because the defendant tested positive for marijuana use.

On December 8, 2020, a Petition for Action on Supervised Release was filed in response to marijuana use. As recommended by the probation office, conditions of supervised release were modified to add a curfew for a period not to exceed 90 days with location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 17, 2020, a location monitoring unit was installed at the defendant's new residence in Lewiston, North Carolina. Since that time, the probation office has been unable to properly maintain location monitoring due to an insufficient cellular signal at the defendant's residence. Therefore, it is recommended that the court strike the portion of this condition which requires submission to location monitoring.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days and is restricted to his residence during curfew hours pursuant to the Petition for Action on Supervised release filed on December 8, 2020. The defendant is relieved from the portion of this modification of supervised release that requires submission to Location Monitoring.

Except as herein modified, the judgment shall remain in full force and effect.

**Ahmad Darnell Morris**
**Docket No. 2:10-CR-41-2H**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: December 23, 2020

### ORDER OF THE COURT

Considered and ordered this __28th__ day of __December__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge